Robert WEARING, Plaintiff–Appellant,

v.

William A. SHELTON, Dr., Physician of Institution; Anne Crutchfield Phillips, LPN, Institution Nurse; Patricia Ann Pearson, LPN, Institution Nurse, Defendants–Appellees.

No. 01–7792.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

Robert Wearing, pro se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Robert Wearing, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001) for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Wearing v. Shelton*, No. CA–01–789–AM (E.D. Va. filed Sept. 26, 2001; entered Sept. 27, 2001). We further deny Wearing's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*